# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

January 13, 2006

Hon. JOEL M. FLAUM, Chief Judge

Hon. KENNETH F. RIPPLE, Circuit Judge

Hon. ANN CLAIRE WILLIAMS, Circuit Judge

| | |
|---|---|
| MICHAEL JOSEPH, | ] |
| | ] Appeal from the United |
| Plaintiff-Appellant, | ] States District Court for |
| | ] the Western District of |
| | ] Wisconsin. |
| No. 05-1826    v. | ] |
| | ] No. 04 C 740 S |
| BOARD OF REGENTS OF THE UNIVERSITY | ] |
| OF WISCONSIN SYSTEM, | ] |
| | ] John C. Shabaz, |
| Defendant-Appellee. | ] Judge. |

### ORDER

The opinion issued in the above-entitled case on December 27, 2005, is hereby amended as follows:


On the second page, under Section **I. Background**, the first sentence should now read:


Michael Joseph, a resident of Colorado, attended high school in Maryland. He...